DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ENRIQUE REYNOSO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-857

————————————————

September 17, 2021

Appeal from the Circuit Court for Lee County; Nicholas R. Thompson, Judge.

Howard L. Dimmig, Public Defender, and Christopher Desrochers, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laurie Benoit-Knox, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, CASANUEVA, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.